UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MOMODOU SALLA | ) | |
| | ) | |
| v. | ) | C.A. No. 04-10611-MLW |
| | ) | |
| JOHN ASHCROFT, ET AL. | ) | |
| | | |
| MOMODOU SALLA | ) | |
| | ) | |
| v. | ) | C.A. No. 99-11287-MLW |
| | ) | |
| STEVEN J. FARQUHARSON, ET AL. | ) | |

ORDER

WOLF, D.J.                                                April 8, 2004

In light of the government's prior representation that it would not deport the petitioner during the pendency of the proceedings in Salla v. Farquharson, C.A. 99-11287-MLW, see April 21, 2000 Memorandum and Order at 2, it is hereby ORDERED that the petitioner's removal is STAYED until the conclusion of the proceedings in C.A. 99-11287-MLW.

                                        /s/ Mark L. Wolf
                                   UNITED STATES DISTRICT JUDGE