UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOMODOU SALLA,<br>    Petitioner,<br><br>v.<br><br>JOHN ASHCROFT, et al.,<br>    Respondents. | )<br>)<br>)<br>)<br>)   C.A. No. 04-10611-MLW<br>)<br>)<br>) |

ORDER

WOLF, D.J.                                              June 18, 2004

It is hereby ORDERED that:

1. The Clerk of this Court shall serve a copy of the Petition, by certified mail, upon (i) the respondents; (ii) the Office of the United States Attorney; and (iii) Frank Crowley, Special Assistant United States Attorney, Department of Homeland Security, P.O. Box 8728, J.F.K. Station, Boston, MA 02114.

2. The respondent shall, within twenty (20) days of receipt of this Order, file an answer or other proper responsive pleading to the Petition.

                                              /s/ Mark L. Wolf
                                              UNITED STATES DISTRICT JUDGE