UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETSS

| | |
|---|---|
| MOMODOU SALLA | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| | )    Civil Action |
| v. | )    No. 04CV10611-MLW |
| | ) |
| JOHN ASHCROFT, | ) |
| | ) |
| Respondent. | ) |

**RESPONDENT, JOHN ASHCROFT'S MOTION FOR AN EXTENSION UNTIL
AUGUST 27, 2004 TO ANSWER OR OTHERWISE RESPOND TO THE PETITION**

Respondent, John Ashcroft, hereby moves for an extension until August 27, 2004, to
answer or otherwise respond to the instant Petition.

The instant Petition involves allegations that the Petitioner is wrongfully in the custody
of the Middlesex County Department of Corrections in New Jersey.  On June 28, 2004, the
United States Attorney's Office was provided with a copy of the Petition, along with an order
directing that an answer be filed within twenty (20) days.

Counsel for the respondent believes this to be an action that may be appropriately
resolved by way of a dispositive motion and the extension requested is reasonably necessary to
prepare a responsive pleading.  Moreover, the request is in accord with Fed. R. Civ. P.
12(a)(3)(A), which ordinarily allows the United States sixty (60) days in which to answer.

Wherefore, the Respondent, John Ashcroft, requests that this Court allow an extension, until August 27, 2004, to answer or otherwise respond to the Petition.

Respectfully submitted,

MICHAEL SULLIVAN
United States Attorney

By:  /s/ Mark J. Grady
Mark J. Grady
Assistant U.S. Attorney
John J. Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3136

CERTIFICATE UNDER L.R. 7.1

The respondent takes the position that L.R. 7.1 requires "counsel" to confer and is not applicable where, as here, the opposing party is *pro se.*  Alternatively, because Petitioner is a currently incarcerated in a state correctional facility in New Jersey, counsel for the Respondent respectfully requests leave to file this Motion without a 7.1 conference.

 /s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 19th day of July, 2004 service of the foregoing Motion has been made upon the Petitioner Momodou Salla, Middlesex County Jail, PO Box 266, New Brunswick, NJ 08903 by depositing a copy in the United States mail, postage prepaid.

 /s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney