## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**MOMODOU SALLA**              **CIVIL ACTION**
    **Plaintiff,**               **NO.  04-10611-MLW**

**v**

**JOHN ASHCROFT**
    **Defendants**

## ORDER OF DISMISSAL

**WOLF, D. J.**

In accordance with the Court's Order allowing defendant, John Ashcroft's motion to dismiss, Docket No. 8, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                     **By the Court,**

**September 23, 2004**               **/s/ Dennis O'Leary**
    **Date**                               **Deputy Clerk**

(dismiss-endo.wpd - 12/98)                                [odism.]